# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

**CARLOS E. BAILUM,**

    Petitioner,

                                   **CASE NO.    3:10-cv-096**

**-vs-**

                                   **District Judge Timothy S. Black**
                                   **Magistrate Judge Michael J. Newman**

**WARDEN, Lebanon Correctional Institution,**

    Respondent.

## JUDGMENT IN A CIVIL CASE

    **[ ]  Jury Verdict:** This action came before the Court for a trial by jury. The issues have been tried and the Jury has rendered its verdict.

    **[X]  Decision by Court:** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered,

    **IT IS ORDERED AND ADJUDGED** that the Report and Recommendations of the United States Magistrate Judge is **ADOPTED**; Petitioner's objections are **OVERRULED**; Petitioner's Petition is **DENIED with prejudice** and **DISMISSED**; and that the case is **CLOSED**.

Date:  December 6, 2011                               **JAMES BONINI, CLERK**

                                                         By: <u>s/ M. Rogers</u>
                                                         Deputy Clerk