# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

**CARLOS E. BAILUM,**

   Petitioner,

                   **CASE NO.    3:10-cv-096**

**-vs-**

                   **District Judge Timothy S. Black**
                   **Magistrate Judge Michael J. Newman**

**WARDEN, Lebanon Correctional Institution,**

   Respondent.

## JUDGMENT IN A CIVIL CASE

[ ] **Jury Verdict:** This action came before the Court for a trial by jury. The issues have been tried and the Jury has rendered its verdict.

[X] **Decision by Court:** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered,

**IT IS ORDERED AND ADJUDGED** that the Report and Recommendations of the United States Magistrate Judge is **ADOPTED**; Petitioner's objections are **OVERRULED**; Petitioner's Petition is **DENIED with prejudice** and **DISMISSED**; and that the case is **CLOSED**.

Date:  December 6, 2011                       **JAMES BONINI, CLERK**

                                                   By: s/ M. Rogers
                                                   Deputy Clerk